DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
Attorneys for Creditor, First Associates Loan Servicing, LLC as servicing agent for Condor Holdco Securitization Trust

Order Filed on October 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    LISSA A. LICCIARDELLO
           Debtor.

Case No.: 14-10989-JNP

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 31, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
Attorneys for Creditor, First Associates Loan Servicing, LLC as servicing agent for Condor Holdco Securitization Trust

In Re:

LISSA A. LICCIARDELLO
Debtor.

Case No.: 14-10989-JNP

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

WHEREAS, First Associates Loan Servicing, LLC as servicing agent for Condor Holdco Securitization Trust (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor shall cure the post-petition default of $1,181.00, by making a payment of $1,181.0 by November 10, 2017 directly to creditor.

2. That the debtor will continue to make the regular monthly payments pursuant to the terms of the retail Installment Contract in a timely fashion commencing with the payment due on or before November 29, 2017.

3. In the event debtor fail to make any payment called for in this Consent Order within thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and

counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

_____
Richard J. Tracy, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
Attorneys for Creditor
30 Montgomery St., Suite 1205
Jersey City, New Jersey 07302

Date: October 31, 2017

_____
Joseph J. Rogers, Esq.
Attorney for Debtor
Washington Professional Campus
900 Route 168
Suite I-4
Turnersville, NJ 08012

Date: October 31, 2017